```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LESHAWN YOUNG,                                        23-cv-4582 (JGK)

        Plaintiff,                           ORDER

  - against -

BUSINESS & PLEASURE CO., LLC,

        Defendant.

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was August 22, 2023. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **September 20, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiffs should serve this Order on the defendant and file proof of service on the docket by **September 6, 2023.**

**SO ORDERED.**

Dated:   New York, New York
        August 30, 2023

                                                /s/ John G. Koeltl
                                                   **John G. Koeltl**
                                      **United States District Judge**