UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

             Plaintiffs,

             v.

BUSINESS & PLEASURE CO., LLC,

             Defendant.

------------------------------------- x

No.: 1:23-cv-4582

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BUSINESS & PLEASURE CO., LLC, with prejudice and without fees and costs.

Dated: New York, New York
       October 26, 2023

                                                        **GOTTLIEB & ASSOCIATES**

                                                          */s/Michael A. LaBollita, Esq.*

                                            Michael A. LaBollita, Esq., (ML-9985)
                                                     150 East 18th Street, Suite PHR
                                                               New York, NY 10003
                                                                     Phone: (212) 228-9795
                                                                        Fax: (212) 982-6284
                                                                     Michael@Gottlieb.legal

                                                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge
10/27/23